# Third District Court of Appeal

## State of Florida

Opinion filed May 5, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-256
Lower Tribunal Nos. 20-36 AC, B19-29114
_____

**Juan Carlos Guerra,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Joseph Mansfield, Judge.

Carlos J. Martinez, Public Defender, and Susan Lerner, Assistant Public Defender, for appellant.

Katherine Fernandez Rundle, State Attorney, and Conrad C. Witte, Assistant State Attorney, for appellee.

Before EMAS, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.